

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00031-CV

| | | |
|---|---|---|
| Lesley Bell, Individually and on Behalf of the Estate of Sam Bell | § | From the 153rd District Court |
| | § | of Tarrant County (153-265549-13) |
| v. | § | July 20 2017 |
| Roy Gilfour | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Lesley Bell, Individually and on Behalf of the Estate of Sam Bell, shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
        Justice Lee Gabriel